UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEVON ENGLISH,<br>                    Defendant. | 24-CR-536 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      The Court has been advised that the Defendant would like to make a bail application during the status conference scheduled for October 28, 2024. Accordingly, the parties shall be prepared to present oral argument before the Court regarding their positions on the bail application.

      SO ORDERED.

Dated: October 22, 2024
       New York, New York

                                                          DALE E. HO
                                                  United States District Judge