UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               v.<br><br>DEVON ENGLISH,<br>                    Defendant. | S1 24-CR-536 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

    It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on the superseding indictment on **November 14, 2024, at 11:00 a.m**., in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: November 8, 2024
          New York, New York

                                                                DALE E. HO
                                                        United States District Judge