# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara L. Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

December 10, 2024

**Via ECF and Email**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Devon English**
      **24 Cr. 536 (DEH)**

Dear Judge Ho,

      I write to respectfully request that the Court adjourn the motions schedule and hearing control date in the above-captioned case for approximately 30 days. Specifically, we ask that defense motions be due January 10, 2025, government responses due February 10, 2025, and defense replies due February 17. The hearing control date – which is currently set for January 31, 2025 – could be set for any date that is convenient for the Court following the completed briefing.

      I make this adjournment request because I expect that Mr. English is going to be assigned to a new lawyer at the Federal Defenders and I need time for that person to get up to speed on the case and make motions accordingly. In addition, the requested adjournment will enable me, the new attorney, and the government to discuss a possible pre-motions resolution of this case.

      The government by Assistant United States Attorney Remy Grosbard has no objection to this request.

      Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly-selected date. Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. English
212-417-8729

---

**Application GRANTED.** Motions shall be due on January 10, 2025. Replies are due on February 10, 2025. Oppositions are due on February 17, 2025. The motion hearing previously scheduled for January 31, 2025, is adjourned until **March 4, 2025, at 11:30 a.m.** The Court hereby excludes time through March 4, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial, because it will allow time for the Defendant's new lawyer to review the case and prepare any necessary motions. It will also allow the parties to discuss a potential pretrial resolution in this matter. The Clerk of Court is respectfully requested to close ECF No. 20. **SO ORDERED.**

Dated: December 11, 2024
New York, New York

*/s/ Dale E. Ho*
Dale E. Ho
United States District Judge