

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York  10278*

May 2, 2025

Application **GRANTED.**  The parties shall file an additional joint status letter on June 1, 2025.  The Clerk of Court is respectfully directed to close ECF No. 34.  **SO ORDERED.**

Dated: May 5, 2025
New York, New York

Dale E. Ho
United States District Judge

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Devon English*, 24 Cr. 536 (DEH)

Dear Judge Ho:

The parties jointly write pursuant to the Court's order that a joint status letter be filed following the change-of-counsel conference held in this matter on April 23, 2025.  Defense counsel is still reviewing discovery and requires more time to determine whether the defense will file any motions in this matter.  The parties therefore respectfully request that the Court set a date of June 1, 2025 to provide another joint status letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *Remy Grosbard*
Remy Grosbard
Assistant United States Attorney
(212) 637-2446

cc (by ECF): Meredith Heller, Esq.