UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     v.<br><br>DEVON ENGLISH,<br>       Defendant. | 24-CR-536 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On June 10, 2025, the Court received a letter from Mr. English which appears to contain personal medical information. The Court will maintain the letter under seal in the vault and will provide a copy to Mr. English's attorney.

  SO ORDERED.

Dated: June 10, 2025
    New York, New York

                     DALE E. HO
               United States District Judge