UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              v.<br><br>DEVON ENGLISH,<br>                      Defendant. | 24-CR-536 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On July 24, 2025, the Court received a letter from CJA Attorney Meredith S. Heller describing Defendant Devon English's request to be represented by new counsel. Ms. Heller does not oppose this request.

It is hereby **ORDERED** that Ms. Heller's letter be filed under seal and maintained in the vault because it references confidential attorney-client communications.

It is further **ORDERED** that the parties shall appear for a conference with the Court on **August 14, 2025, at 10:00 a.m.** in courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: July 25, 2025
       New York, New York

                                                DALE E. HO
                                     United States District Judge