

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 29, 2025

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Devon English*, 24 Cr. 536 (DEH)

Dear Judge Ho:

The Government respectfully submits this letter on behalf of both parties to propose a pretrial schedule in this case. At the change-of-counsel and status conference held in this matter on August 14, 2025, the Court advised the parties that they could proceed with the December 15, 2025 trial date, or adjourn the trial to February 9, 2026, to accommodate the schedule of newly retained defense counsel, Steven Brill, Esq. The parties have conferred, and Mr. Brill has requested the February 9, 2026 date. The parties therefore propose the following deadlines in this case:

- The parties' expert disclosure:          December 16, 2025
- Government's 404(b) disclosure:        January 9, 2026
- Motions *in limine*:                            January 16, 2026
- Oppositions to motions *in limine*:    January 23, 2026
- Replies to motions *in limine*:            January 30, 2026
- Disclosure of 3500 material:              January 23, 2026
- Requests to charge and voir dire:      February 2, 2026

*[Intentionally blank]*

    The Government moves, with the consent of the defense, to exclude time under the Speedy Trial Act between December 15, 2025, and February 9, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by excluding time until the date of the next conference outweigh the interest of the public and the defendant in a speedy trial, because that time will permit newly appointed defense counsel to familiarize himself with the case, and for the parties time to begin preparing for a trial in this matter and to discuss a potential pretrial resolution.

                                      Respectfully submitted,

                                      JAY CLAYTON
                                    United States Attorney

                     By: _____
                           Remy Grosbard
                           Assistant United States Attorney
                           (212) 637-2446

cc (by ECF): Steven Brill, Esq.

The Court is in receipt of the endorsed letter.

Trial in this matter will commence on **February 9, 2026**. The Court excludes time through February 9, 2026, from the Speedy Trial Act calculation under 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh in the interests of the public and the defendant in a speedy trial because it will allow newly appointed counsel to familiarize himself with the case, and for the parties to begin preparing for a trial in this matter and to discuss a potential pretrial resolution.

The parties' expert disclosures shall be due by **December 2, 2025**.

Motions in limine and any notice required by Federal Rule of Evidence 404(b) shall be due by **January 9, 2026**.

Oppositions to motions in limine, if any, shall be due by **January 16, 2026**.

Replies to motions in limine and disclosures required by 18 U.S.C. § 3500 shall be due by **January 23, 2026**.

A joint proposed request to charge, and proposed voir dires shall be due by **February 2, 2026**.

A final pretrial conference in this matter shall be held on **February 5, 2026, at 10:30 AM** in Courtroom 905 of the Thurgood Marshall Courthouse at 40 Foley Square.

The Clerk of Court is respectfully directed to close ECF No. 42. **SO ORDERED.**

Dated: September 2, 2025                                    Dale E. Ho
New York, New York                                  United States District Judge