UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              v.<br><br>DEVON ENGLISH,<br>                              Defendant. | 24-CR-536 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On November 4, 2025, the Court received a letter from defendant Devon English which appears to contain privileged attorney-client information. The Court will maintain the letter under seal in the vault and will provide a copy to Mr. English's attorney.

SO ORDERED.

Dated: November 4, 2025
       New York, New York

                                                    _____
                                                              DALE E. HO
                                                       United States District Judge

1