UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEVON ENGLISH,<br>      Defendant. | (S1) 24-CR-536 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The Court has been advised that the Defendant does not want to enter a change of plea at this time. Accordingly, the change of plea hearing previously scheduled for November 19, 2025, at 11:00 a.m. is hereby cancelled.

  SO ORDERED.

Dated: November 19, 2025
    New York, New York

                    DALE E. HO
                 United States District Judge