UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DEVON ENGLISH,

Defendant.

24-CR-536 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea.

Accordingly, the parties shall appear for a conference with the Court on **December 15, 2025**, at

**2:30 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New

York, NY 10007.

SO ORDERED.

Dated:  December 5, 2025
New York, New York

_____
DALE E. HO
United States District Judge