UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEVON ENGLISH,<br>                Defendant. | 24-CR-536 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Due to a minor scheduling conflict, it is hereby ORDERED that the conference previously scheduled for December 15, 2025, at 2:30 p.m. is RESCHEDULED for **December 15, 2025**, at **2:15 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: December 12, 2025
       New York, New York

DALE E. HO
United States District Judge