UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                               :

UNITED STATES OF AMERICA
                               :     **CONSENT PRELIMINARY ORDER**

       - v. -                        **OF FORFEITURE/**

                               :     **MONEY JUDGMENT**

DEVON ENGLISH,

                               :     S1 24 Cr. 536 (DEH)

          Defendant.

                               :

------------------------------------- x

WHEREAS, on or about November 4, 2024, DEVON ENGLISH (the "Defendant"), was charged in a four-count Superseding Indictment, S1 24 Cr. 536 (DEH) (the "Indictment"), with attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a) (Count One); and bank robbery, in violation of, Title 18, United States Code, Section 2113(a) (Counts Two through Four);

WHEREAS, the Indictment included a forfeiture allegation as to Counts Two through Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981 (a)(1)(C), and Title 28, United States Code, Section 2461, of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts Two through Four of the Indictment, including but not limited to a sum of money United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts Two through Four of the Indictment;

WHEREAS, on or about December 15, 2025, the Defendant pled guilty to Counts Two through Four of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $2,179 in United States currency, representing the amount of proceeds traceable to the

offenses charged in Counts Two through Four of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts Two through Four of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Remy Grosbard, of counsel, and the Defendant and his counsel, Steven Brill, Esq., that:

1.    As a result of the offenses charged in Count Two through Four of the Indictment to which the Defendant pled guilty, a money judgment in the amount of $2,179 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Counts Two through Four of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant DEVON ENGLISH, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York


By: _____          12/15/2025
     Remy Grosbard                                               DATE
     Assistant United States Attorney
     26 Federal Plaza
     New York, NY 10278
     (212) 637-2446


DEVON ENGLISH

By: _____          12/15/25
     DEVON ENGLISH                                          DATE


By: _____          12/15/25
     Steven Brill, Esq.                                        DATE
     Attorney for Defendant
     110 E. 59th Street, Floor 23
     New York, NY


SO ORDERED:

_____          12/15/25
HONORABLE DALE E. HO                                DATE
UNITED STATES DISTRICT JUDGE