UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEVON ENGLISH,<br><br>                Defendant. | 24-CR-536 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On February 10, 2026, the Court received a letter from Mr. English, which contains privileged information.  The Court will maintain the letter under seal in the vault and will provide a copy to Mr. English's attorney.


SO ORDERED.

Dated: February 10, 2026
      New York, New York

_____
DALE E. HO
United States District Judge

1